AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| GBCAP FUND, LP AND ACCOLEND, LLC, <br><br> _____ <br> *Plaintiff(s)* <br> v. <br><br> NIA MENDY <br><br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br> Civil Action No. 2:19-CV-12135  J(4) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Nia Mendy
5160 Metropolitan Dr.
New Orleans, LA 70122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Attorney for Plaintiffs:
William D. Aaron, Jr.
Aaron & Gianna, PLC
201 St. Charles Avenue, Suite 3800
New Orleans, LA 70170

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date:  __Aug 16 2019__

_____
Deputy clerk's signature

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  NIA MENDY

was received by me on *(date)*  9/23/2019 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* CHERYL MENDY
NIA MENDY'S MOTHER , a person of suitable age and discretion who resides there,
on *(date)* 9/30/19 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Cheryl Mendy , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/30/19

_____ Server's signature

RONALD FRAZIER PROCESS SVC.
Printed name and title

P.O. BOX 29391
NEW ORLEANS, LA 70189
Server's address

Additional information regarding attempted service, etc:

MRS CHERYL MENDY PRINTED HER NAME ON THE WRONG LINE. SHE ASK FOR THE DOCUMENTS AND SAID SHE WOULD GIVE THEM TO HER DAUGHTER WHO LIVES AT THE SAME ADDRESS.

Cheryl Mendy
504.503.8029